```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 05302
   DARRYLL E WHITTINGTON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-8877
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/06/08 .

   2.  The case was converted to Chapter 7 without confirmation, 05/15/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TCF BANK | SECURED | .00 | .00 | .00 |
| TCF BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NEW CENTURY TOWNHOME ASS | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BLUEGREEN CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| ERNIES WRECKER SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION CORP | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J ADAMS & ASSOC       , was allowed $     .00
and was paid $     .00 .

The Trustee received $     .00 .

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08                  /S/
                                 GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                         PAGE   2
    CASE NO. 08 B 05302 DARRYLL E WHITTINGTON
```